# EXHIBIT C




Detego Health

# Salesforce Replatform & Roxie AI Implementation

## Statement of Work

2025








# Table of Contents

Executive Summary 3
Salesforce Uplift/Migration (Re-org) & Roxie Implementation 3
Scope 3
Phases for Migration & Optimization 3
Deliverables 4
1. Platform Uplift and Modernization 4
2. AI-Driven Claims Adjudication & Process Automation 4
3. Customer & Provider Experience Enhancements 5
4. Automated Coordination of Benefits (COB) Process 5
5. Operational & Workforce Optimization 5
6. Project Implementation & Governance 5
7. Performance Metrics & Continuous Improvement 5
8. Custom AI Agents 6
Team Allocation and Hourly Billing Structure 6
Budget Breakdown 7
Payment Terms 8
Signatures 9





# Executive Summary

Detego Health is embarking on a critical technology upgrade combining a Salesforce platform uplift with implementing Roxie AI, an AI-driven automation solution. The primary goals are to:

- Streamline operations by migrating from an overly complex Salesforce instance to a cleaner, optimized org.
- Introduce AI automation for key processes like claims adjudication and customer service.

These initiatives will modernize Detego's infrastructure, reduce manual workloads, and improve response times for members and providers. By overhauling the Salesforce environment and deploying Roxie AI, Detego can significantly accelerate claims processing (targeting 48–72 hour turnaround with automation) and cut call center wait times (under 10 minutes with AI triage), while achieving up to 60% auto-adjudication of claims through intelligent automation. The following proposal outlines the scope, budget, and phased plan to achieve these outcomes.

# Salesforce Uplift/Migration (Re-org) & Roxie Implementation

## Scope

Rebuild and migrate Detego Health's current Salesforce org into a new instance while fully re-architecting schemas, processes, and user workflows. This effort extends beyond a simple migration—it requires redesigning core business logic, optimizing data models, and managing a structured rollout to end users to ensure a seamless transition.

# Phases for Migration & Optimization

| Phase | Key Activities | Deliverables |
|---|---|---|
| Phase 1: Discovery & Planning | Define migration goals, document the current system, outline the architecture | Project plan, inventory of org components, gap analysis |
| Phase 2: Design & Data Model Refactoring | Redesign Salesforce data schema, optimize workflows | New data model diagrams, configuration blueprints, migration mapping |





| Phase 3: Build & Data Migration | Configure new org, execute phased data migration | New Salesforce instance, verification reports |
| --- | --- | --- |
| Phase 4: Testing, Training & Rollout | UAT testing, training, phased rollout to users | UAT sign-off, training materials, go-live support |

# Deliverables

As part of the engagement between Detego Health and Engineered Innovation Group (EIG), the following deliverables will be provided, ensuring the successful execution of the Go Forward Strategy and platform uplift initiatives utilizing both Salesforce and Roxie AI.

### 1. Platform Uplift and Modernization

- Development and deployment of a **new Salesforce instance** with an optimized schema for scalability and operational efficiency.
- **Data migration strategy and execution** to ensure a seamless transition from the existing environment to the new platform.
- Implementation of **APIs and integrations** to support automated adjudication, eligibility checks, claims processing, and coordination of benefits (COB).
- Establishment of **ETL pipelines** for structured data ingestion, transformation, and storage.
- Improved **user interface (UI) and user experience (UX)** enhancements for claims processors, customer service representatives, and healthcare providers.

### 2. AI-Driven Claims Adjudication & Process Automation

- Deployment of **Roxy AI** to automate **claims adjudication, document indexing, and duplicate claim detection**.
- Implementation of **intelligent queue prioritization** based on complexity, urgency, and claim type.
- Integration of **policy-driven decision-making** for auto-adjudication rules and real-time claim status tracking.
- Automated **prior authorization workflows** to reduce processing delays and manual effort.

### 3. Customer & Provider Experience Enhancements





- **Customer service automation** via Roxy AI for real-time **status inquiries, claim tracking, and provider communications**.
- **Multi-channel support** (chat, email, SMS, mobile push notifications) for members and providers.
- Deployment of a **self-service portal and mobile application features** to allow members to check claim status, submit documents, and receive automated updates.
- Implementation of a **secure provider web form** for document submissions and case tracking.

### 4. Automated Coordination of Benefits (COB) Process

- Development of a **real-time COB verification system** leveraging member input and external eligibility data sources.
- Optional integration with **third-party verification services (e.g., Experian Health)** for automated coverage discovery.

### 5. Operational & Workforce Optimization

- Design and implement **intelligent work distribution and queue management** to balance workloads dynamically.
- Role-based **workload prioritization and assignment models** for adjudicators, customer service agents, and claims processors.
- Automated **real-time reporting and dashboards** to track claim processing efficiency, customer service performance, and error reduction.

### 6. Project Implementation & Governance

- A **detailed project roadmap** with phased milestones, deliverables, and deadlines.
- **Iterative development cycle** with timely releases and ongoing stakeholder reviews.
- **Comprehensive training and documentation** for Detego Health's operational teams.
- Establishment of **support and maintenance protocols** for post-deployment assistance and future enhancements.

### 7. Performance Metrics & Continuous Improvement

- Definition of **KPIs for claims automation, customer service efficiency, and operational impact**.
- Regular **progress reports and check-ins** to assess adoption, effectiveness, and areas for further optimization.
- Ongoing **AI model tuning and feedback loops** to refine adjudication accuracy and customer interactions.






### 8. Custom AI Agents

| Agent Name | Primary Function |
|---|---|
| Claims Adjudication Agent | Automates claim processing and adjudication rules |
| COB Verification Agent | Automates Coordination of Benefits (COB) checks |
| Care Management Agent | Determines urgency, intelligently assigns claims, and handles pre-cert and prior authorization. |
| CSR Support Agent | Handles customer service inquiries and assists providers |

# Team Allocation and Hourly Billing Structure

Cory Wolfgang and Kavitha Kamal will serve as **project leaders**, driving both **Salesforce re-architecture** and **Roxie AI implementation** while working closely with additional team members hired/resourced by Detego for the project.

| Role | Function | Allocation | Hours Over 6 Months |
|---|---|---|---|
| Cory Wolfgang (Healthcare Innovation Lead) | Lead architect - schema design and business process architecture | Full-time (960 hour p/m) | Max 1,000 hrs or 6 months |
| Kavitha Kamal (Engineering Lead) | Project lead - management, coordination of all work efforts, and hands-on implementation | Full-time (960 hour p/m) | Max 1,000 hrs or 6 months |





| | | | |
|---|---|---|---|
| Charlene Tay (AI Implementation, Part-time) | AI process validation and implementation includes prototyping flows when needed to ensure quality interactions | Part-time | 240 hrs |
| Full-Stack Developer (Part-time, provided by EIG) | Incorporate features/code into the Detego Mobile app or other apps - Detego-specific code | Part-time | 480 hrs |

- Cory and Kavitha's hours are in addition to Charlene Tay's AI implementation role and the full-stack developer
- Their focus will include architecture, in-depth technical work, and Roxie AI implementation planning.
- Unused hours roll over month-to-month, ensuring cost efficiency.
- No additional charge for extra monthly hours for Cory, Kavitha, and AI roles, provided they are within scope.

## Budget Breakdown

The investment is spread over six months, aligning payments with project milestones.

| **Phase & Timeline** | **Key Activities** | **Estimated Cost** |
|---|---|---|
| Phase 1 (Month 1): Planning & Analysis | Kickoff, workshops, architecture design | $69,750.00 |
| Phase 2 (Months 2–3): Salesforce Migration | New org setup, process rebuilds, data migration | $165,000.00 |
| Phase 3 (Months 4–5): Roxie AI Integration | AI workflow development, system integration | $137,500.00 |
| Phase 4 (Month 6): Testing & Deployment | UAT, training, go-live support | $68,750.00 |
| **BUDGET (6-month implementation)** | | **$441,000** |





| **BILLING TOTAL (6-month implementation)** | ***Adjusted for W2 component (see below) | **$411,000** |
|---|---|---|

## Payment Terms

- 25% upfront ($102,750) as a project initiation fee.
- The remaining amount is billed in monthly invoices over five months ($77,062 monthly).
- Payment is due on a net 15-day basis.
- ***Cory Wolfgang will be compensated partially through direct employment with the customer. The customer will pay Cory Wolfgang **$5,000 per month via W-2** for six months, totaling **$30,000**. This amount is accounted for within the overall budget, and the remaining compensation for Cory's role is included in the project fees outlined in this SOW.






Let's Build Together.
www.engineeredinnovationgroup.com

# Signatures

**DETEGO HEALTH**

Signature: DocuSigned by: [signature] 88C6144A2314450...

Name: Alan Wilson

Title: President & CLO

Date: 3/16/2025

**THE ENGINEERED INNOVATION GROUP, INC**

Signature: DocuSigned by: Jacob Miller A8E9FC7AF7FF47E...

Name: Jake Miller

Title: Chief Executive Officer

Date: 3/16/2025