# EXHIBIT D



**Robert K. Prather**
Direct Dial: (317) 684-5285
Fax: (317) 223-0285
E-Mail: RPrather@boselaw.com

June 26, 2025

<u>*Sent via E-mail*</u>

Mr. Alan Wilson,
alan.wilson@detegohealth.com

Mr. Richard Haldeman,
richard.haldeman@detegohealth.com

      RE:    Urgent - Closing of Engineered Innovation Group, Inc.; Transition Plan for Ongoing Detego Health Project

To Whom It May Concern:

      This firm serves as legal counsel to Engineered Innovation Group, Inc., a Delaware corporation ("<u>EIG</u>"). We write to inform you that, due to recent and significant financial challenges, EIG has determined that it is necessary to cease its business operations, effective as of Monday, June 30, 2025 (the "<u>Closing Date</u>"). As a result, EIG will be unable to continue performing its contractual obligations to Detego Health LLC, a Texas limited liability company ("<u>Detego</u>"), beyond that date.

      Notwithstanding this unfortunate development, EIG remains committed to supporting Detego through a coordinated and constructive transition process. To that end, until the Closing Date, EIG is prepared to offer the following transitional assistance:

1. <u>Transfer of Assets</u>. EIG will provide Detego with all completed work product, including relevant documentation and outstanding deliverables, excluding any proprietary code associated with the "Roxie AI" platform ("<u>Roxie</u>").

2. <u>Licensing Opportunity</u>. EIG is open to engaging in discussions regarding a potential licensing arrangement for Roxie, to support Detego's continued use and integration of the platform.

3. <u>Transition Support via TrueTech Solutions</u>. EIG recommends that Detego consider engaging TrueTech Solutions ("<u>TrueTech</u>"), under the leadership of Naren

111 Monument Circle, Suite 2700  |  Indianapolis, Indiana 46204  |  (317) 684-5000  |  (317) 684-5173 (fax)  |  www.boselaw.com

Bose McKinney & Evans LLP is a member of Mackrell International, a network of independent law firms from more than 60 countries.



June 26, 2025
Page Two

      Vijayakumar, to assist with transition support and the maintenance of existing platforms. EIG is willing to facilitate an introduction, and TrueTech has conveyed a willingness to begin onboarding promptly.

4. <u>Engagement with Former EIG Personnel</u>. A number of former EIG employees have expressed interest in continuing to support Detego's ongoing operations, whether as independent contractors or employees. EIG is similarly willing to coordinate introductions to these individuals to ensure continuity.

    EIG remains committed to facilitating a smooth and orderly transition through the Closing Date. Should Detego wish to pursue any of the transitional services outlined above, please do not hesitate to contact us at your convenience using the information provided above.

    EIG deeply regrets the circumstances that have led to this decision and is grateful for Detego's understanding and patience throughout this process. A limited team from EIG plans to be present and available at the upcoming status meeting scheduled for Friday, June 27, 2025, at 9:00 a.m. Eastern Standard Time, to initiate the asset transfer process described in Item 1 above.

                                                      Very truly yours,

                                                      Robert K. Prather

RKP

cc:    Jake Miller, jake@engineeredinnovationgroup.com

111 Monument Circle, Suite 2700 | Indianapolis, Indiana 46204 | (317) 684-5000 | (317) 684-5173 (fax) | www.boselaw.com

Bose McKinney & Evans LLP is a member of Mackrell International, a network of independent law firms from more than 60 countries.