UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DETEGO HEALTH LLC, A TEXAS LIMITED LIABILITY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:25-cv-01314-JPH-MG |
| THE ENGINEERED INNOVATION GROUP, LLC, A DELAWARE CORPORATION, JAKE MILLER, ERIC TOBIAS, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER TO FILE SUPPLEMENTAL BRIEFING**

Plaintiff filed its complaint and motion for temporary restraining order yesterday evening. Dkts. 1, 3. It does not appear that Plaintiff has complied with the requirements of Federal Rule of Civil Procedure 65(b). Dkts. 1, 4. The Court "may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if . . . the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1)(B).

Plaintiff has **until 5:00 P.M. E.T. today, July 2, 2025**, to file supplemental briefing explaining whether the Defendants have been given notice of Plaintiff's temporary restraining order motion and Plaintiff's efforts to provide such notice, or explain why notice should not be required.

**SO ORDERED.**

Date: 7/2/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Paul O'Grady
Peterson, Johnson & Murray LLC
pogrady@pjmlaw.com